APR 23 2026 PM 1:44
FILED - USDC - NDTX - AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER DUANE REYNOLDS

NO. 2-26CR-041-Z

### INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute or Possess with
Intent to Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about October 19, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Christopher Duane Reynolds**, defendant, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**Christopher Duane Reynolds**
**Indictment - Page 1**

<u>Count Two</u>
Possession with Intent to Distribute
500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about September 26, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Christopher Duane Reynolds**, defendant, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), Title 18 United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

**Christopher Duane Reynolds**
**Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOPHER DUANE REYNOLDS

INDICTMENT

COUNT 1:          CONSPIRACY TO DISTRIBUTE OR POSSESS WITH
INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF
METHAMPHETAMINE
Title 21, United States Code, Section 846.

COUNT 2:          POSSESSION WITH INTENT TO DISTRIBUTE 500
GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(A)(viii).

(2 COUNTS)

A true bill rendered:

Amarillo _____ _____ Foreperson

Filed in open court this ___23rd___ day of ___April_____ A.D. 2026.

_____ Clerk

WARRANT TO BE ISSUED

_____
UNITED STATES MAGISTRATE JUDGE